JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| SUSAN HEKMATJAH,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:16-cv-08674-MWF (PJWx)<br>Hon. Michael W. Fitzgerald<br>Courtroom: 790 – East Temple Street<br><br>**ORDER DISMISSING CIVIL ACTION**<br><br>Action Filed: October 18, 2016<br>Removal Date: November 21, 2016<br>Trial Date: None Set |

Pursuant to the stipulation of the parties, the Complaint is hereby dismissed with prejudice, and each party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated: April 11, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE


70001.0408/10622810.1                                    2:16-cv-08674-MWF (PJWx)
[PROPOSED] ORDER DISMISSING CIVIL ACTION
